UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JINGZHE WEN,

                Plaintiff,

     v.

ALEJANDRO MAYORKAS, Secretary of the
U.S. Department of Homeland Security in his Official
Capacity; UR M. JADDOU, Director, U.S. Citizenship and
Immigration Services, Director in his Official Capacity;
KIRT THOMPSON, Director for Service Center Operations-
U.S. Citizenship and Immigration Services-Texas Service
Center in his Official Capacity; BRIAN J. MEIER,
Director of U.S. Citizenship and Immigration Services-
Queens Field Office in his Official Capacity;
MERRICK B. GARLAND, the United States Attorney
General in his Official Capacity,[1]

                Defendants.

---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No.
CV-21-4440

(Cogan, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

       1. This action shall be dismissed with prejudice, with each party to bear its own costs, expenses and fees.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ur M. Jaddou is substituted for Tracy Renaud; and Kirt Thompson should be substituted for Gregory A. Richardson as defendants in this action by operation of law. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").

*Wen v. Mayorkas, et al.*, 21-cv-4440 (Cogan, J.)
Stipulation and Order of Dismissal With Prejudice
Page 2

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: New York, New York
September 20, 2021

LAW OFFICES OF KEITH S. BARNETT, P.C.
*Attorney for Plaintiff*
325 Broadway, 502
New York, New York 10007

By: /s/ Keith S. Barnett

Keith S. Barnett, Esq.
(212) 227-0999
ksblaw1010@gmail.com

Dated: Brooklyn, New York
September 20, 2021

JACQUELYN M. KASULIS
Acting United States Attorney
*Attorney for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: DAVID COOPER
Digitally signed by DAVID COOPER
Date: 2021.09.20 10:37:42 -04'00'

David A. Cooper
Assistant U.S. Attorney
(718) 254-6228
david.cooper4@usdoj.gov

SO ORDERED this 20th day of September, 2021

Digitally signed by Brian M. Cogan

HONORABLE BRIAN M. COGAN
United States District Judge