```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JINGZHE WEN,
                                                                    JUDGMENT

                            Plaintiff,                              21-cv-4440 (BMC)

        v.

ALEJANDRO MAYORKAS, Secretary of the
U.S. Department of Homeland Security in his Official
Capacity; UR M. JADDOU, Director, U.S. Citizenship and
Immigration Services, Director in his Official Capacity;
KIRT THOMPSON, Director for Service Center Operations
U.S. Citizenship and Immigration Services-Texas Service
Center in his Official Capacity; BRIAN J. MEIER,
Director of U.S. Citizenship and Immigration Services
Queens Field Office in his Official Capacity;
MERRICK B. GARLAND, the United States Attorney
General in his Official Capacity,

                            Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on September 20, 2021, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees.; it is

ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York  
      September 21, 2021

                                                    Douglas C. Palmer  
                                                    Clerk of Court

                                      By:    */s/Jalitza Poveda*  
                                                      Deputy Clerk